```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    RONALD MACK
 6
```

                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR.S-04-338-EJG |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO ADVANCE** |
| v. | ) | **JUDGMENT AND SENTENCING DATE** |
| | ) | |
| RONALD MACK, | ) | DATE: June 3, 2005 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Edward J. Garcia |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant, RONALD MACK, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the judgment and sentencing of June 24, 2005 at 10:00 a.m. be advanced and set for Friday, June 3, 2005 at 10:00 a.m.  The parties have no objections to the draft presentence report and have arranged with the probation office to forward that

//

//

1  report to the Court today as the final version.  The probation officer
2  concurs with this request.
3
4  DATED: May 26, 2005.              Respectfully submitted,
5                                    QUIN DENVIR
                                     Federal Defender
6
                                     /s/ Rachelle Barbour
7                                    _____
                                     RACHELLE BARBOUR
8                                    Assistant Federal Defender
                                     Attorney for Defendant
9                                    RONALD MACK
10
11                                   McGREGOR SCOTT
                                     United States Attorney
12
13
                                     /s/ Rachelle Barbour for
14 DATED: May 26, 2005.               _____
                                     MATTHEW STEGMAN
15                                   Assistant U.S. Attorney
16
                            _____O R D E R
17
        **IT IS SO ORDERED.**
18
19 DATED: May 26, 2005.          /S/ Edward J. Garcia
                                 _____
                                 EDWARD J. GARCIA
20                               UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28

2